UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA TAMPA
DIVISION

SAMANTHA RING,

        Plaintiff,                              Case No. 8:20-cv-00593-VMC-CPT

vs.

CITY OF GULFPORT

        Defendant.

_____/

## **JOINT STATUS REPORT**

Pursuant to the Court's April 4, 2022 order, the parties in this matter report that a confidential settlement agreement has been executed by Boca Ciega Yacht Club and Samantha Ring resolving Case No. 8:19-cv-772-VMC-JSS, and ultimately that settlement agreement will resolve this matter as well. However, that settlement agreement between Samantha Ring and Boca Ciega Yacht Club is contingent upon certain events that have not yet occurred, and accordingly the parties respectfully request that this case remain stayed for six months.

Respectfully submitted on this 15th day of April, 2022.

| | |
|---|---|
| MARCY I. LAHART, P.A. | SHELTON \| McKEAN |
| 249 SE Tuscawilla Road | 9700 Dr. Martin Luther King St N |
| Micanopy, FL 32667 | St Petersburg, FL 33703 |
| Telephone: (352) 545-7001 | Telephone: (727) 316-6363 |
| Facsimile: (888) 400-1464 | Facsimile: (813) 316-6130 |
| marcy@floridaanimallawyer.com | sconahan@sheltonmckean.com |
| | |
| BY: s/ *Marcy I. LaHart* | BY: s/Sean Conahan |
| Marcy I. LaHart, Esq. | Sean Conahan |
| Florida Bar No. 0967009 | Florida Bar No. 468878 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2022, I electronically filed the foregoing with the Clerk of Court for United States District Court, Middle District of Florida, by using the CM/ECF system, which will send a copy of the document and notice of electronic filing to all counsel of record.

BY: *s/Marcy LaHart*
Counsel for Plaintiff